# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **CHEF SOLUTIONS HOLDINGS, LLC,** | ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| Debtor. | ) ) ) | |
| TAX I.D. No. 20-1195382 | ) ) | |
| **In re:** | ) ) | **Chapter 11** |
| **CS DISTRIBUTION HOLDINGS, LLC,** | ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| Debtor. | ) ) ) | |
| TAX I.D. No. 20-1195461 | ) ) | |
| **In re:** | ) ) | **Chapter 11** |
| **CS DISTRIBUTORS, INC. OF OHIO,** | ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| Debtor. | ) ) ) | |
| TAX I.D. No. 34-0977075 | ) ) | |
| **In re:** | ) ) | **Chapter 11** |
| **CS PREPARED FOODS HOLDINGS, LLC,** | ) ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| Debtor. | ) ) ) | |
| TAX I.D. No. 20-1195434 | ) ) | |
| **In re:** | ) ) | **Chapter 11** |
| **CHEF SOLUTIONS INC.,** | ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| Debtor. | ) ) ) | |
| TAX I.D. No. 13-4078101 | ) | |

| | ) | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **ORVAL KENT HOLDINGS, INC.,** | ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TAX I.D. No. 27-5124307 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **ORVAL KENT INTERMEDIATE HOLDINGS, INC.** | ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TAX I.D. No. 27-5124420 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **ORVAL KENT PARENT, LLC,** | ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TAX I.D. No. 27-5124533 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **ORVAL KENT FOOD COMPANY, LLC,** | ) | **Case No. 11-_____ (\_\_\_\_\_)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TAX I.D. No. 36-3328408 | ) | |

|  | ) |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **ORVAL KENT FOOD COMPANY OF LINARES, LLC,** | ) ) ) | **Case No. 11-_____ (\_\_\_\_\_)** |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |
| **TAX I.D. No. 36-3830418** | ) |  |

**ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")¹ of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases; and upon the Sarb Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-\_\_\_\_\_ (\_\_\_).

3. The consolidated caption of the jointly administered cases should read as follows:

---

¹ Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHEF SOLUTIONS HOLDINGS, LLC, *et al*.,[1] | ) ) ) | Case No. 11-_____ (_____) |
| Debtors. | ) ) ) | Jointly Administered |

4. An entry shall be made on the docket of each of the Debtors' cases, other than that of Chef Solutions Holdings, LLC, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Chef Solutions Holdings, LLC [5382], CS Distribution Holdings, LLC [5461], CS Distributors, Inc. of Ohio [7075], CS Prepared Foods Holdings, LLC [5434], Chef Solutions Inc. [8101], Orval Kent Holdings, Inc. [4307], Orval Kent Intermediate Holdings, Inc. [4420], Orval Kent Parent, LLC [4553], Orval Kent Food Company, LLC [8408] and Orval Kent Food Company of Linares, LLC [0418]. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-_____ (___).

5. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-_____ (___).

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are Chef Solutions Holdings, LLC [5382], CS Distribution Holdings, LLC [5461], CS Distributors, Inc. of Ohio [7075], CS Prepared Foods Holdings, LLC [5434], Chef Solutions Inc. [8101], Orval Kent Holdings, Inc. [4307], Orval Kent Intermediate Holdings, Inc. [4420], Orval Kent Parent, LLC [4553], Orval Kent Food Company, LLC [8408] and Orval Kent Food Company of Linares, LLC [0418]. The debtors' corporate offices are located at 120 W. Palatine Rd. Wheeling, IL 60090.

2

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011  _____
       Wilmington, Delaware                UNITED STATES BANKRUPTCY JUDGE