UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
Chef Solutions Holdings, LLC, *et al.* : Case No. 11-13139 (KG)
:
: NOTICE OF APPOINTMENT OF
: COMMITTEE OF UNSECURED
Debtors. : CREDITORS
---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **TTS, LLC**, Attn: Bob Kasak, 2595 Dallas Parkway, Ste. 300, Frisco, TX 75034, Phone: 214-778-0805

2. **Berry Plastics Corporation**, Attn: Ronda Hale, 101 Oakley St., Evansville, IN 47710, Phone: 812-306-2354, Fax: 812-434-9454

3. **Camerican International, Inc.**, Attn: Jay Breslow, 45 Eisenhower Dr., Paramus, NJ 07652, Phone: 201-291-4916, Fax: 201-587-2040

4. **Armstrong Transport Group, Inc.**, Attn: Chris Cobb, PO Box 411, Concord, NC 28026, Phone: 704-707-3946, Fax: 704-784-3036

5. **Interpack Inc.**, Attn: Edward L. Sutton, 1102 Industrial Dr., Berryville, AR 72616, Phone: 870-423-3382, Fax: 870-423-2510


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 13, 2011

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: John Knight, Esquire, Phone: (302) 651-7612, Fax: (302) 651-7701