**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CHEF SOLUTIONS HOLDINGS, LLC,** *et al.*, | : | Case No. 11-13139 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF APPEARANCE ON BEHALF OF
THE OFFICIAL COMMITTEE OF UNSEUCRED CREDITORS**

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance pursuant to 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") on behalf of the Official Committee of Unsecured Creditors (the "**Committee**"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

| LOWENSTEIN SANDLER LLP | POLSINELLI SHUGHART |
|---|---|
| Sharon A. Levine, Esq. | Christopher A. Ward, Esq. |
| 65 Livingston Avenue | Justin K. Edelson, Esq. |
| Roseland, New Jersey 07068 | 222 Delaware Avenue, Suite 1101 |
| Telephone: (973) 597-2500 | Wilmington, Delaware 19801 |
| Facsimile: (973) 597-2400 | Telephone: (302) 252-0920 |
| slevine@lowenstein.com | Facsimile: (302) 252-0921 |
| | cward@polsinelli.com |
| and | jedelson@polsinelli.com |
| | |
| David M. Banker, Esq. | |
| 1251 Avenue of the Americas | |
| New York, New York 10020 | |
| Telephone: (212) 262-6700 | |
| Facsimile: (212) 262-7402 | |
| dbanker@lowenstein.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: October 14, 2011  POLSINELLI SHUGHART
       Wilmington, Delaware

                                                        /s/ Christopher A. Ward
                                     Christopher A. Ward (Del. Bar No. 3877)
                                     Justin K. Edelson (Del. Bar No. 5002)
                                     222 Delaware Avenue, Suite 1101
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 252-0920
                                     Facsimile: (302) 252-0921
                                     cward@polsinelli.com
                                     jedelson@polsinelli.com

                                               - and -

LOWENSTEIN SANDLER LLP
Sharon A. Levine, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400
slevine@lowenstein.com

       -and-

David M. Banker, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402
dbanker@lowenstein.com

PROPOSED CO-COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS